Traeger Machetanz, ABA #8411127
DAVIS WRIGHT TREMAINE LLP
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
Phone: 206-757-8337
Fax: 206-757-7337
E-mail: traegermachetanz@dwt.com

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| UNITED STATES OF AMERICA for the use and benefit of PROGRESSIVE COATINGS, a division of OES, Inc., an Alaska corporation,<br><br>Plaintiff,<br><br>v.<br><br>KIEWIT BUILDING GROUP, INC., a Delaware corporation; and TRAVELERS CASUALTY AND SURETY CO. OF AMERICA, a Connecticut corporation;<br><br>Defendants. | Case Nos. 3:16-cv-00252-TMB<br>3:16-cv-00253-TMB<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

STIPULATION FOR DISMISSAL WITH PREJUDICE - Page 1 of 4
*U.S. ex rel. Progressive Coatings et al. v. Kiewit Building Group, Inc. et al.*
(Case No. 3:16-cv-00252-TMB)
(Case No. 3:16-cv-00253-TMB)
4812-2271-7259v.2 0106854-000001
Case 3:16-cv-00253-TMB   Document 24   Filed 10/13/17   Page 1 of 4

| |
|---|
| UNITED STATES OF AMERICA for the use and benefit of GMW FIRE PROTECTION, INC., an Alaska corporation, |
| Plaintiff, |
| v. |
| KIEWIT BUILDING GROUP, INC., a Delaware corporation; and TRAVELERS CASUALTY AND SURETY CO. OF AMERICA, a Connecticut corporation; |
| Defendants. |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) & (c)(2), Plaintiffs Progressive Coatings, a division of OES, Inc., and GMW Fire Protection, Inc., and Defendants Kiewit Building Group, Inc. and Travelers Casualty and Surety Co. of America, hereby stipulate and agree to dismissal with prejudice as to all claims, counterclaims, and issues raised in this consolidated action. All parties shall bear their own attorneys' fees and costs.

**Davis Wright Tremaine LLP**
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, Washington 98101
(206) 622-3150    Fax: (206) 757-7700

STIPULATION FOR DISMISSAL WITH PREJUDICE - Page 2 of 4
*U.S. ex rel. Progressive Coatings et al. v. Kiewit Building Group, Inc. et al.*
(Case No. 3:16-cv-00252-TMB)
(Case No. 3:16-cv-00253-TMB)
4812-2271-7259v.2 0106854-000001
Case 3:16-cv-00253-TMB   Document 24   Filed 10/13/17   Page 2 of 4

DATED this 13th day of September, 2017.

        DAVIS WRIGHT TREMAINE LLP
        Attorneys for Plaintiff Progressive Coatings

        By _____
         Traeger Machetanz, ABA #8411127
         1201 Third Avenue, Suite 2200
         Seattle, WA 98101-3045
         Tel: 206-757-8337; Fax: 206-757-7337
         Email: traegermachetanz@dwt.com

DATED this 13th day of September, 2017.

        DAVIS WRIGHT TREMAINE LLP
        Attorneys for Plaintiff GMW Fire Protection, Inc.

        By _____
         Traeger Machetanz, ABA #8411127
         1201 Third Avenue, Suite 2200
         Seattle, WA 98101-3045
         Tel: 206-757-8337; Fax: 206-757-7337
         Email: traegermachetanz@dwt.com

DATED this 13th day of September, 2017.

        PERKINS COIE LLP
        Attorneys for Defendant Kiewit Building Group, Inc.

        By *s/Michael E. Kreger*
         Michael E. Kreger, ABA #8311170
         1029 West Third Avenue, Suite 300
         Anchorage, AK 99501-1981
         Tel: 907-279-8561; Fax: 907-276-3108
         Email: MKreger@perkinscoie.com

STIPULATION FOR DISMISSAL WITH PREJUDICE - Page 3 of 4
*U.S. ex rel. Progressive Coatings et al. v. Kiewit Building Group, Inc. et al.*
(Case No. 3:16-cv-00252-TMB)
(Case No. 3:16-cv-00253-TMB)
4812-2271-7259v.2 0106854-000001

Case 3:16-cv-00253-TMB   Document 24   Filed 10/13/17   Page 3 of 4

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, Washington 98101
(206) 622-3150   Fax: (206) 757-7700

DATED this 13th day of September, 2017.

LAW OFFICES OF CHARLES G. EVANS
Attorneys for Defendant Travelers Casualty and
Surety Co. of America

By *s/Corey Stewart*
Charles G. Evans, ABA #7705019
Corey Stewart, ABA #1202003
165 E. Bunnell Ave., Suite D
Homer, AK 99603
Tel: 907-435-0691; Fax: 907-562-0654
Email: locge@gci.net

**CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of October, 2017, a true and correct copy of the foregoing was served through the CM/ECF system electronically on the following:

Michael E. Kreger
Sarah C. Gillstrom
PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, AK 99501-1981
MKreger@perkinscoie.com
SGillstrom@perkinscoie.com

Charles Evans
Corey Stewart
Law Office of Charles G. Evans
165 E. Bunnell Ave., Suite D
Homer, AK 99603
locge@gci.net

DAVIS WRIGHT TREMAINE LLP

*/s/ Devra Slaughter*
Devra Slaughter

STIPULATION FOR DISMISSAL WITH PREJUDICE - Page 4 of 4
*U.S. ex rel. Progressive Coatings et al. v. Kiewit Building Group, Inc. et al.*
(Case No. 3:16-cv-00252-TMB)
(Case No. 3:16-cv-00253-TMB)
4812-2271-7259v.2 0106854-000001